IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GUIDANCE ENDODONTICS, LLC,
a New Mexico Limited Liability Company,

       Plaintiff,

vs.                                                                                                                                                                       No. CIV 08-1101 JB/RLP

DENTSPLY INTERNATIONAL, INC.
a Delaware Business Corporation, and
TULSA DENTAL PRODUCTS, LLC,
a Delaware Limited Liability Company,

       Defendants,

and

DENTSPLY INTERNATIONAL, INC.
and TULSA DENTAL PRODUCTS, LLC,

       Counter-Plaintiffs,

vs.

GUIDANCE ENDODONTICS, LLC
and DR. CHARLES GOODIS,

       Counter-Defendants.

## ORDER

**THIS MATTER** comes before the Court on Dentsply/TDP's Motion for Leave to File a Surreply on Guidance/Goodis' Motion for Entry of Judgment, filed November 18, 2009 (Doc. 469). The Court held a hearing on March 24, 2010. The primary issue is whether the Court should grant Defendants Dentsply International, Inc. and Tulsa Dental Products, LLC's request for leave to file a surreply in further opposition to Plaintiff and Counterdefendant Guidance Endodonics, LLC's motion for entry of judgment. For the reasons stated at the hearing, and for further reasons

consistent with those already stated, the Court grants the motion.

**IT IS ORDERED** that Dentsply/TDP's Motion for Leave to File a Surreply on Guidance/Goodis' Motion for Entry of Judgment is granted.

$\underline{\hspace{5cm}}$
UNITED STATES DISTRICT JUDGE

*Counsel*:

Kyle C. Bisceglie
Renee M. Zaystev
Olshan, Grundman, Frome, Rosenzweig
  & Wolosky, LLP
New York, New York

-- and --

John J. Kelly
Donald A. DeCandia
Ryan Flynn
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

*Attorneys for the Plaintiff and Counterdefendants*

Brian M. Addison
  Vice President, Secretary, and General Counsel
Dentsply International, Inc.
York, Pennsylvania

-- and --

Thomas P. Gulley
Rebecca Avitia
Lewis and Roca LLP
Albuquerque, New Mexico

-- and --

R. Ted Cruz
Morgan Lewis & Bockius LLP
Houston, Texas

-- and –

Howard M. Radzely
W. Brad Nes
Morgan Lewis & Bockius LLP
Washington, DC

*Attorneys for the Defendants and Counterplaintiffs*